UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| HECTOR ALONZO | ] | |
| Petitioner, | ] | |
| | ] | |
| v. | ] | No. 3:12-0329 |
| | ] | Judge Campbell |
| HENRY STEWARD, WARDEN | ] | |
| Respondent. | ] | |

**O R D E R**

Presently before the Court is the petitioner's Motion for Relief from Judgment (Docket Entry No. 17). Unfortunately, the petitioner has neglected to sign his Motion and, as a consequence, the Court can not yet rule upon the merits of the Motion. *See* Rule 11(a), Fed. R. Civ. P. (an unsigned pleading shall be stricken unless omission of the signature is corrected promptly).

Accordingly, the Clerk is directed to return the petitioner's unsigned Motion to him. The petitioner shall sign the motion and forward it to the Clerk's Office within fourteen (14) days of its receipt. The petitioner is forewarned that his Motion will not be considered by the Court should he fail to timely comply with these instructions.

It is so ORDERED.

_____
Todd Campbell
United States District Judge