UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

HECTOR ALONZO          ]
    Petitioner,        ]
                       ]
v.                     ]     No. 3:12-0329
                       ]     Judge Campbell
HENRY STEWARD, WARDEN  ]
    Respondent.        ]

### O R D E R

Presently before the Court is respondent's "Motion for Leave to File Surreply to Petitioner's Reply to Respondent's Answer" (Docket Entry No.42). For good cause shown, respondent's Motion is hereby GRANTED.

It is so ORDERED.

```
                                    _____
                                    Todd Campbell
                                    United States District Judge
```