UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HECTOR ALONZO ] | |
| Petitioner, ] | |
| ] | |
| v. ] | No. 3:12-0329 |
| ] | Judge Campbell |
| HENRY STEWARD, WARDEN ] | |
| Respondent. ] | |

## O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds that the petitioner's *pro se* habeas petition (Docket Entry No.1) lacks merit. Therefore, the petition is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which shall NOT issue because the petitioner has failed to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

／s／ Todd Campbell
Todd Campbell
United States District Judge